# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

IN RE:                                           CHAPTER 13
    An'drea G Manuel                       CASE NUMBER: 21-30558
                                             JUDGE: Joel D Applebaum

    Debtor(s)
_____/

## PROOF OF SERVICE

I, Anthony Abueita, being duly sworn, says:

I am a legally competent adult and not a party or an officer of a corporate party in the above titled action.

(1) On October 26, 2021, I mailed a copy of the Debtor's Complete 2017 Tax Returns to the State of Michigan at the following address:

**Michigan Department of the Treasury**
**Lansing MI 48956**

by regular U.S. Mail

                                                /s/ Anthony Yacoub Abueita
                                                Anthony Yacoub Abueita P70755
                                                Attorney for Debtor
                                                **702 Church St, Suite 2**
                                                **Flint, Michigan 48502**
                                                **Phone: (810) 235-8669**
                                                **abuetialaw@gmail.com**